# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| ALEXANDER BAYONNE STROSS,<br><br>              Plaintiff,<br>v.<br><br>ZILLOW, INC. and TRULIA, LLC,<br><br>              Defendants. | CASE NO. 2:21-cv-01489<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**<br><br>JURY DEMAND |

Plaintiff ALEXANDER BAYONNE STROSS by and through his undersigned counsel, brings this Complaint against Defendants ZILLOW, INC. and TRULIA, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff ALEXANDER BAYONNE STROSS ("Stross") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Stross' original copyrighted Works of authorship.

2. Stross is the owner and principal photographer of Stross Stock. After traveling the world with his camera, creating thousands of high-quality photographs, the natural next step

COMPLAINT
Page 1

was to offer the public means to license his work. Each photo on Stross Stock is shot with top-quality equipment, thoughtfully produced, hand selected, and tastefully edited before being made available to the public.

3. Stross is a native of Austin, Texas, and watched the small city grow and develop into an urban hot spot. This served as his inspiration to become a photographer, centering his expertise on complicated architectural photography and landscape photography. In 2016, Stross was nominated and accepted as a professional member of the American Society of Media Photographers, which is a high honor. Stross received a B.S. in Computer Science at the University of Texas at Austin and has since combined his love for the photographic arts and computer science by building an online system to help protect artists' works on the internet.

4. Defendant ZILLOW, INC. ("Zillow") is an American online real estate marketplace. Defendant Trulia, LLC ("Trulia") is an online real estate marketplace and subsidiary of Zillow. Defendants Zillow and Trulia are collectively referred to herein as "Defendants."

5. Stross alleges that Defendants copied Stross' copyrighted Works from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' businesses for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' businesses.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendants are subject to personal jurisdiction in Washington.

COMPLAINT
Page 2

SRIPLAW
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
JOEL B. ROTHMAN, 561.404.4350

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

10. Zillow, Inc. is a Washington corporation, with its principal place of business at 1301 Second Avenue, Floor 31, Seattle, Washington, 98101, and can be served by serving its Registered Agent, United Agent Group Inc, West 505 Riverside Avenue, Suite 500, Spokane, Washington, 99201.

11. Trulia, LLC is a Washington limited liability company with its principal place of business at 1301 Second Avenue, Floor 31, Seattle, Washington, 98101, and can be served by serving its Registered Agent, Agent, United Agent Group Inc, West 505 Riverside Avenue, Suite 500, Spokane, Washington, 99201.

## THE COPYRIGHTED WORKS AT ISSUE

12. The table below is a list of Stross' 106 infringed photographs (referred to herein as the "Works"), the registration certificate number, date of registration and the name of the photograph. One of the photographs is shown below. Copies of the Works are attached hereto as Exhibit 1. Copies of the Registration Certificates are attached hereto as Exhibit 2.

| **Registration Number** | **Work** | **Registration Date** |
| --- | --- | --- |
| VAu001129745 | 1st-10.jpg | 01.30.2013 |
| VAu001129745 | 4th-2.jpg | 01.30.2013 |
| VAu001129745 | 4th-4.jpg | 01.30.2013 |

SRIPLAW
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
JOEL B. ROTHMAN, 561.404.4350

| **Registration Number** | **Work** | **Registration Date** |
|---|---|---|
| VAu001129745 | 4th-5.jpg | 01.30.2013 |
| VAu001129745 | 4th-6.jpg | 01.30.2013 |
| VAu001129745 | 4th-7.jpg | 01.30.2013 |
| VAu001129745 | 4th-8.jpg | 01.30.2013 |
| VAu001129745 | 4th-9.jpg | 01.30.2013 |
| VAu001129745 | 4th-10.jpg | 01.30.2013 |
| VA0001932509 | 912 Windsor Hill Dr- Deck - 22.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr - Storage - 14.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Backyard - 15.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Backyard - 16.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Backyard - 17.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Bathroom - 23.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Bathroom - 6.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Breakfast - 10.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Dining - 3.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Flex - 13.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Foyer - 4.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Front - 27.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Front - 28.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Front - 29.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Game - 20.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Guest - 19.jpg | 10.27.2014 |

SRIPLAW
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
JOEL B. ROTHMAN, 561.404.4350

| Registration Number | Work | Registration Date |
|---|---|---|
| VA0001932509 | 912 Windsor Hill Dr- Guest - 21.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Guest - 24.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Guest - 7.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Kitchen - 11.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Kitchen - 9.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Living - 5.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Living - 8.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Master Bath - 25.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Master Bed - 26.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Shed - 12.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr- Stairs - 18.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr-Living Room-1.jpg | 10.27.2014 |
| VA0001932509 | 912 Windsor Hill Dr-Living Room-2.jpg | 10.27.2014 |
| vAu001101527 | 9313 Stone Mountain-1.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-3.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-4.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-5.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-6.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-7.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-8.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-12.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-16.jpg | 04.27.2012 |

SRIPLAW  
21301 POWERLINE ROAD, SUITE 100  
BOCA RATON, FL 33433  
JOEL B. ROTHMAN, 561.404.4350

| **Registration Number** | **Work** | **Registration Date** |
|---|---|---|
| VAu001101527 | 9313 Stone Mountain-17.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-18.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-19.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-20.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-21.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-23.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-24.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-25.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-26.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-27.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-29.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-32.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-34.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-35.jpg | 04.27.2012 |
| VAu001101527 | 9313 Stone Mountain-36.jpg | 04.27.2012 |
| VAu001088759 | 20110315-_MG_8533_4_6_7_8Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8575_76_78_79_80Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8588_89_91_92_93Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8618_19_21_22_23Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8642_3_5_6_7Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8648_49_51_52_53Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8654_5_7_8_9Adjust-Edit.jpg | 11.20.2011 |

SRIPLAW
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
JOEL B. ROTHMAN, 561.404.4350

| **Registration Number** | **Work** | **Registration Date** |
|---|---|---|
| VAu001088759 | 20110315-_MG_8660_1_3_4_5Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8678_79_81_82_83Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8690_1_3_4_5Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8735_36_38_39_40Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8747_48_50_51_52Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8759_60_62_63_64Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8771_2_4_5_6Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8783_4_6_7_8Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8789_90_92_93_94Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8825_26_28_29_30Adjust.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8831_2_4_5_6Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8837_38_40_41_42Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8843_4_6_7_8Adjust.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8867_68_70_71_72Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8927_28_29_31_32Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8978_79_80_82_83Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8984_5_6_8_9Adjust-Edit.jpg | 11.20.2011 |
| VAu001088759 | 20110315-_MG_8990_1_2_4_5Adjust-Edit.jpg | 11.20.2011 |
| VAu001089810 | 20111022-_MG_0031-2_2-2_3-2_4-2_5-2_6-2Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0073-2_4-2_5-2_6-2_7-2_8-2Adjust-Edit.jpg | 02.20.2012 |

SRIPLAW
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
JOEL B. ROTHMAN, 561.404.4350

| **Registration Number** | **Work** | **Registration Date** |
|---|---|---|
| VAu001089810 | 20111022-_MG_0079-2_80-2_81-2_82-2_83-2_84-2Adjust.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0097-2_098-2_099-2_100-2_101-2_102-2Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0124_5_6_7_8_9Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0148_49_50_51_52_53Enhancer-2.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0160_1_2_3_4_5Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0183-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0187_88_89_90_91_92Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0208_09_10_11_12_13Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0238_39_40_41_42_43Adjust-Edit-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0250_1_2_3_4_5Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0268_69_70_71_72_73Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0286_87_88_89_90_91Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111022-_MG_0316_17_18_19_20_21Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111113-_MG_0097_098_099_100_101_102Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111231-26AR0114_5_6_7_8Adjust-Edit.jpg | 02.20.2012 |
| VAu001089810 | 20111231-26AR0129_30_31_32_33Adjust-Edit.jpg | 02.20.2012 |
| VAu000989644 | Set04Enhancer5from_26AR7634_pt.jpg | 12.15.2008 |

SRIPLAW
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
JOEL B. ROTHMAN, 561.404.4350



13. Stross' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

14. At all relevant times Stross was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANTS

15. Defendants have never been licensed to use the Works at issue in this action for any purpose.

16. On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendants copied the Works.

COMPLAINT
Page 9

SRIPLAW
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
JOEL B. ROTHMAN, 561.404.4350

17. Defendants copied Stross' copyrighted Works without Stross' permission.

18. After Defendants copied the Works, they made further copies and distributed the Works on the internet to promote the sale of goods and services as part of their online real estate marketplace business.

19. Defendants copied and distributed Stross' copyrighted Works in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

20. Stross' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Defendants committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 3.

22. On April 15, 2021 Stross sent DMCA takedown notices to Trulia LLC and Zillow, Inc. A true and correct copy of those takedown notices are attached hereto as Exhibit 4.

23. Defendants replied with automated messages asking for more information, which Stross provided.

24. Defendants did not comply with the DMCA takedown notices.

25. Stross never gave Defendants permission or authority to copy, distribute or display the Works at issue in this case.

### COUNT I
### COPYRIGHT INFRINGEMENT

26. Plaintiff incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Stross owns valid copyrights in the Works at issue in this case.

SRIPLAW
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
JOEL B. ROTHMAN, 561.404.4350

28. Stross registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Defendants copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Stross' authorization in violation of 17 U.S.C. § 501.

30. Defendants performed the acts alleged in the course and scope of their business activities.

31. Defendants' acts were willful.

32. Stross has been damaged.

33. The harm caused to Stross has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

34. Plaintiff incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

35. The Works at issue in this case contain copyright management information ("CMI").

36. Defendants knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Works at issue in this action in violation of 17 U.S.C. § 1202(b).

37. Defendants committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Stross' rights in the Works at issue in this action protected under the Copyright Act.

38. Defendants caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal

COMPLAINT
Page 11

SRIPLAW
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
JOEL B. ROTHMAN, 561.404.4350

infringement of Stross' rights in the Works at issue in this action protected under the Copyright Act.

39. Stross has been damaged.

40. The harm caused to Stross has been irreparable.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for judgment against the Defendants Zillow, Inc. and Trulia, LLC that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendants be required to pay Plaintiff actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Defendants be required to pay Plaintiff his damages including lost sales and Defendants' profits as provided in 15 U.S.C. § 1125;

d. Plaintiff be awarded attorneys' fees and costs of suit under the applicable statutes sued upon;

e. Plaintiff be awarded pre and post-judgment interest; and

f. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: November 3, 2021                    Respectfully submitted,

COMPLAINT
Page 12

SRIPLAW
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
JOEL B. ROTHMAN, 561.404.4350

| | |
|---|---|
| 1 | |
| 2 | */s/Joel B. Rothman* |
| | JOEL B. ROTHMAN |
| 3 | WSBA No. 57717 |
| 4 | joel.rothman@sriplaw.com |
| 5 | **SRIPLAW** |
| | 21301 Powerline Road |
| 6 | Suite 100 |
| | Boca Raton, FL  33433 |
| 7 | 561.404.4350 – Telephone |
| 8 | 561.404.4353 – Facsimile |
| 9 | And |
| 10 | */s/Jeremy Roller* |
| | JEREMY ROLLER |
| 11 | WSBA No. 32021 |
| | jroller@aretelaw.com |
| 12 | |
| 13 | **ARETE LAW GROUP** |
| | 1218 Third Avenue, Suite 2100 |
| 14 | Seattle, WA 98101 |
| | 206.428.3250 – Telephone |
| 15 | |
| 16 | *Attorneys for Plaintiff Alexander Bayonne Stross* |

COMPLAINT
Page 13

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL  33433
JOEL B. ROTHMAN, 561.404.4350