THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALEXANDER BAYONNE STROSS,<br><br>        Plaintiff,<br> v.<br><br>ZILLOW, INC. and TRULIA, LLC,<br><br>        Defendants. | CASE NO. 2:21-cv-01489-RAJ-BAT<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>Note on Motion Calendar: March 18, 2022 |

This matter came before the Court on the Stipulated motion of Atkins Intellectual Property, PLLC and Susman Godfrey LLP to substitute Ian B. Crosby and Susman Godfrey LLP as counsel of record for Defendants Zillow, Inc and Trulia, LLC in place of Atkins Intellectual Property, PLLC in this matter pursuant to LCR 83.2(b)(1). The Court having considered the pleadings and papers filed in connection with said motion and all other matters properly before the Court. Therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this 18th day of March, 2022

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

(PROPOSED) ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
Case No. 2:21-cv-01489-RAJ-BAT

S U S M A N   G O D F R E Y LLP.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Presented by:

By: /s/ *Michael G. Atkins*
Michael G. Atkins, WSBA 26026
mike@atkinsip.com
ATKINS INTELLECTUAL PROPERTY, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Telephone: (206) 628-0983

*Withdrawing Attorneys for Defendants*
*Zillow, Inc. and Trulia, LLC*


By: /s/ *Ian B. Crosby*
Ian B. Crosby, WSBA 28461
icrosby@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Substituting Attorneys for Defendants*
*Zillow, Inc. and Trulia, LLC*

(PROPOSED) ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
Case No. 2:21-cv-01489-RAJ-BAT

SUSMAN GODFREY LLP.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883