UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER BAYONNE STROSS,<br><br>          Plaintiff,<br><br>    v.<br><br>ZILLOW INC, TRULIA LLC,<br><br>          Defendants. | CASE NO. 2:21-cv-01489-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND EXTENDING DEADLINES** |

Based on the parties' Stipulation (Dkt. 17) and for good cause shown, it is **ORDERED**:

1) Plaintiff is granted leave to file his First Amended Complaint (attached in redline version to the parties' Stipulation as Exhibit 1). Plaintiff shall file and serve his First Amended Complaint on all parties by **April 19, 2022**.

2) The deadline for joining additional parties and amending pleadings set forth in the Pretrial Scheduling Order (Dkt. 14) is extended to **April 19, 2022**.

3) Defendants shall file their responses to Plaintiff's First Amended Complaint within fourteen (14) days after service.

DATED this 5th day of April, 2022.

                                                               BRIAN A. TSUCHIDA
                                                              United States Magistrate Judge