UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER BAYONNE STROSS,<br><br>               Plaintiff,<br><br>   v.<br><br>ZILLOW INC, TRULIA LLC,<br><br>               Defendant. | CASE NO. 2:21-cv-01489-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to the parties' Stipulated Motion (Dkt. 24) and for good cause shown, it is ORDERED that the deadline for Defendants to respond to Plaintiff's First Amended Complaint, which is currently due on May 3, 2022 is extended to **May 10, 2022**.

DATED this 3rd day of May, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge