HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER BAYONNE STROSS,

    Plaintiff,

    v.

ZILLOW INC., TRULIA LLC,

    Defendants.

Case No. 2:21-cv-01489-RAJ-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendant Zillow, Inc. and Trulia, LLC's Motion to Dismiss (Dkt. 26) is GRANTED.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 31st day of October, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1